UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN K. LILLEY<br>ANGELA C. LILLEY<br>226 Rose Bud Lane<br>Fort Valley, VA  22652<br><br>        Plaintiff,<br><br>v.<br><br>U-HAUL INTERNATIONAL<br>CORPORATION<br>SUBSIDIARIES and AFFILIATES<br>2721 N. CENTRAL AVENUE<br>PHOENIX, AZ  85004<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:08-CV-01090<br><br>    JUDGE:  Reggie B. Walton |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), please note the appearance of the undersigned as counsel for the Defendant, U-Haul International Corporation, in the above captioned matter.

                              Respectfully submitted,

                              /s/
                            Rodney F. Page (D.C. Bar No. 37994)
                            Katherine J. Seikaly (D.C. Bar No. 498641)
                            BRYAN CAVE LLP
                            700 Thirteenth Street, N.W., Suite 700
                            Washington, D.C. 20005
                            Phone: (202) 508-6002
                            Fax:    (202) 220-7302

July 23, 2008                  Counsel for Defendant U-Haul International Corporation