UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN K. LILLEY | ) | |
| ANGELA C. LILLEY | ) | |
| 226 Rose Bud Lane | ) | |
| Fort Valley, VA  22652 | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:08-CV-01090 |
| | ) | |
| v. | ) | JUDGE:  Reggie B. Walton |
| | ) | |
| U-HAUL INTERNATIONAL | ) | |
| CORPORATION | ) | |
| SUBSIDIARIES and AFFILIATES | ) | |
| 2721 N. CENTRAL AVENUE | ) | |
| PHOENIX, AZ  85004 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO EXTEND
TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and 12, defendant U-Haul International Corporation moves for an Order extending to August 25, 2008 the time for it to answer, move or otherwise respond to the Complaint.

The Answer was served on defendant on July 8, 2008.  Defendant is headquartered in Phoenix, Arizona.  Defendant only confirmed the retention of counsel in the District of Columbia to handle this case on July 22, 2008.  No previous extensions have been requested.  The extension requested by defendant (30 days) will not materially delay the proceedings in this case, and will be useful so that defendant can answer, move or otherwise respond to the Complaint in a more thorough manner.

The Court has authority under Fed. R. Civ. P. 6(b) to enlarge the time for Defendant's Answer or response to the Complaint.

      Corporate counsel for Defendant has contacted Plaintiff's counsel to request consent to this extension, but no response has been received, and the position of counsel is unknown at this time.

      A proposed Order is provided.

                                     Respectfully submitted,

                                             /s/
                                  Rodney F. Page (D.C. Bar No. 37994)
                                  Katherine J. Seikaly (D.C. Bar No. 498641)
                                  BRYAN CAVE LLP
                                  700 Thirteenth Street, N.W., Suite 700
                                  Washington, D.C. 20005
                                  Phone: (202) 508-6002
                                  Fax:   (202) 220-7302

July 23, 2008                        Counsel for Defendant U-Haul International Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN K. LILLEY ) | | |
| ANGELA C. LILLEY ) | | |
| 226 Rose Bud Lane ) | | |
| Fort Valley, VA  22652 ) | | |
| ) | | |
| Plaintiff, ) | | Civil Action No. 1:08-CV-01090 |
| ) | | |
| v. ) | | JUDGE:  Reggie B. Walton |
| ) | | |
| U-HAUL INTERNATIONAL ) | | |
| CORPORATION ) | | |
| SUBSIDIARIES and AFFILIATES ) | | |
| 2721 N. CENTRAL AVENUE ) | | |
| PHOENIX, AZ  85004 ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**ORDER**

Upon consideration of the Defendant's motion to extend the time for it to answer, move or otherwise respond to the Complaint in this suit, for the reasons recited in the motion, and on the entire record of these proceedings;

IT IS HEREBY ORDERED:

1. The motion is GRANTED.

2. Defendant shall have until August 22, 2008 to answer, move or otherwise respond to the Complaint.

_____
Judge Reggie B. Walton
United States District Judge