UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOHN K. LILLEY** | ) | |
| **ANGELA C. LILLEY** | ) | |
| **226 Rose Bud Lane** | ) | |
| **Fort Valley, VA  22652** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 1:08-CV-01090 |
| | ) | |
| v. | ) | JUDGE:  Reggie B. Walton |
| | ) | |
| **U-HAUL INTERNATIONAL** | ) | |
| **CORPORATION** | ) | |
| **SUBSIDIARIES and AFFILIATES** | ) | |
| **2721 N. CENTRAL AVENUE** | ) | |
| **PHOENIX, AZ  85004** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S SUPPLEMENT TO MOTION TO EXTEND
TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff's counsel has contacted Defendant and consents to the motion to extend time to answer, move or otherwise respond to the complaint.

Respectfully submitted,

_____/s/_____
Rodney F. Page (D.C. Bar No. 37994)
BRYAN CAVE LLP
700 Thirteenth Street, N.W., Suite 700
Washington, D.C. 20005
Phone: (202) 508-6002
Fax:    (202) 220-7302

July 28, 2008                        Counsel for Defendant U-Haul International Corporation