E UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN K. LILLEY ) | | |
| ANGELA C. LILLEY ) | | |
| 226 Rose Bud Lane ) | | |
| Fort Valley, VA  22652 ) | | |
| ) | | |
|      Plaintiff, ) | Civil Action No. 1:08-CV-01090 | |
| ) | | |
| v. ) | JUDGE:  Reggie B. Walton | |
| ) | | |
| U-HAUL INTERNATIONAL, INC. ) | | |
| 2721 N. Central Avenue ) | | |
| Phoenix, AZ  85004 ) | | |
| ) | | |
|      Defendant. ) | | |
| ) | | |

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant U-Haul International, Inc. ("UHI"),[1/] certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of UHI which have any outstanding securities in the hands of the public:

    AMERCO.

These representations are made in order that judges of this court may determine the need for recusal.

    Attorney of Record for U-Haul International, Inc.

---

[1/] Plaintiffs have incorrectly named the Defendant as "U-Haul International Corporation Subsidiaries and Affiliates" in their Complaint.  The Defendant's proper name is "U-Haul International, Inc."

August 25, 2008                          Respectfully submitted,

                                         _____/s/_____
                                         Rodney F. Page (D.C. Bar No. 37994)
                                         Katherine J. Seikaly (D.C. Bar No. 498641)
                                         BRYAN CAVE LLP
                                         700 Thirteenth Street, N.W., Suite 700
                                         Washington, D.C. 20005
                                         Phone:  (202) 508-6002
                                         Fax:    (202) 220-7302

                                         *Counsel for Defendant U-Haul International, Inc.*